## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | FILED: JUN 6, 2008 |
|---|---|---|
| MRS. SUMIATI, Special Administrator of the Estate of MR. SURIPNO, deceased, et al. v. HAMILTON SUNDSTRAND CORPORATION, a corporation, formerly known as SUNDSTRAND CORPORATION | | 08CV3289 JUDGE HIBBLER MAGISTRATE JUDGE NOLAN RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hamilton Sundstrand Corporation

| NAME (Type or print) |
|---|
| William F. DeYoung |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ William F. DeYoung |

| FIRM |
|---|
| Chuhak & Tecson, P.C. |

| STREET ADDRESS |
|---|
| 30 S. Wacker Drive, Suite 2600 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3127038 | 312-444-9300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |