## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MRS. SUMIATI, Special Administrator
of the Estate of MR. SURIPNO, deceased, et al.
v.
HAMILTON SUNDSTRAND CORPORATION,
a corporation, formerly known as SUNDSTRAND CORPORATION

Case Number:

FILED: JUN 6, 2008
08CV3289
JUDGE HIBBLER
MAGISTRATE JUDGE NOLAN
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hamilton Sundstrand Corporation

| | |
|---|---|
| NAME (Type or print) Kendall E. Woods | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Kendall E. Woods | |
| FIRM Chuhak & Tecson, P.C. | |
| STREET ADDRESS 30 S. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278740 | TELEPHONE NUMBER 312-444-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |