IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mrs. Sumiati, et al,

       Plaintiffs,

v

HAMILTON SUNDSTRAND CORP., et al

       Defendants

Case No. 08 CV 03289

District Judge Hibbler

Magistrate Judge Nolan

## NOTICE OF MOTION

To: William DeYoung
    Chuhak & Tecson
    30 S Wacker Dr  Suite 2600
    Chicago, IL 60606

    Paul R. Borth
    Nolan Law Group
    20 N Clark ST Suite 300
    Chicago, IL 60602

    PLEASE TAKE NOTICE that on Thursday, June 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Hibbler, or any judge sitting in his stead, in Courtroom 1225 of the United States courthouse, 219 S Dearborn St., Chicago, IL 60604, and present Plaintiffs' Motion to Remand, a copy of which is served upon you.

                                          Respectfully submitted

                                          s/ Floyd A. Wisner
                                          _____

Floyd A. Wisner
Wisner Law Firm
934 S 4th St
St Charles, IL 60174
630-513-9434 tel.
630-513-6287 fax

Attorney for certain plaintiffs

## Certificate of Service

    Floyd A. Wisner certifies that he served a copy of this Notice of Motion of Plaintiff's Motion to Remand via ECF upon those counsel listed above on this 9th day of June, 2008.

                                                  s/ Floyd A. Wisner
                                                  _____