IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MRS. SUMIATI, et al,

    Plaintiffs

v().                                            No. 08 CV 03289

HAMILTON SUNDSTRAND CORP.,                  Judge Hibbler

    Defendant                                       Magistrate Judge Nolan

**MOTION TO REMAND BY PLAINTIFFS REPRESENTED BY NOLAN LAW GROUP
AND FOR ATTORNEY'S FEES**

    Plaintiffs represented by Nolan Law Group in this consolidated action move the Court, pursuant to 28 U.S.C. §1447 for an order remanding these consolidated actions to the Circuit Court of Cook County, Illinois, and awarding plaintiffs' attorney's fees for bringing this motion. In support hereof these plaintiffs state:

    1.    On June 6, 2008, other plaintiffs represented by attorney Floyd A. Wisner in this consolidated action timely filed a motion to remand these removed actions back to the Circuit Court of Cook County from whence they came. (Doc. 7) Said plaintiffs also filed a memorandum in support of their motion. (Doc. 10) In the interest of judicial economy, these plaintiffs fully adopt the motion of the plaintiffs represented by Floyd A. Wisner of the Wisner Law Firm and the memorandum filed in support of said motion which fully states the principal ground for remand: 28 U.S.C. §1369, the sole basis for defendant's removal petition, is, by the 2002 Congressional mandate, clearly inapplicable to the accident at bar which occurred in 1997.

    2.    Nolan Law Group represents all remaining plaintiffs not represented by the Wisner Law Firm and thus with this motion all parties are seeking remand back to the Circuit Court of Cook County, Illinois.

WHEREFORE, these plaintiffs pray that this Court remand this action to the Circuit Court of Cook County, Illinois, from whence it came and award plaintiffs' counsel attorney's fees and costs for the bringing of this motion.

        Respectfully Submitted,

        NOLAN LAW GROUP

        s/Paul R. Borth
        One of the Attorneys for Plaintiff

Donald J. Nolan, Esq.
Paul R. Borth, Esq.
Nolan Law Group
20 North Clark, 30th Fl
Chicago, IL 60602
(312) 630-4000

## CERTIFICATE OF SERVICE

I, Corinne A. Brayman, certify that on June 13th, 2008, I served the foregoing via ECF on all counsel of record.

        s/Corinne A. Brayman
        Corinne A. Brayman