**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mrs. Sumiati
                              Plaintiff,

v.                                           Case No.: 1:08−cv−03289
                                                          Honorable William J. Hibbler

Hamilton Sundstrand Corporation
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 7/31/2008 regarding motion to remand [7], motion to remand [12]. Defendant to respond by 9/2/2008. Plaintiffs' replies due by 9/16/2008. Ruling by mail. Status hearing set for 9/24/2008 at 09:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.